## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JENNIFER COLLISHAW, individually and on behalf of all others similarly situated,

                Plaintiff,                      20 **CIVIL** 9009 (PMH)

    -against-

COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS,

                Defendant.

-------------------------------------------------------------X

LAURI McCAULEY, individually and on behalf of all others similarly situated,

                Plaintiff,                      21 **CIVIL** 1548 (PMH)

    -against-                                      **<u>JUDGMENT</u>**

COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS,

                Defendant.

-------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 11, 2022, Defendant's motion to dismiss Plaintiffs' First Amended Complaints are GRANTED with prejudice; accordingly, the cases are closed.

**Dated:**  New York, New York
          August 12, 2022

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                             **BY:**  *K. Mango*

                                                            **Deputy Clerk**